East Bay Law
Andrew W. Shalaby sbn 206841
7525 Leviston Avenue
El Cerrito, CA 94530-3306
Tel.   (510) 528-8500
Fax:   (510) 528-2412
email: andrew@eastbaylaw.com


Attorney for Plaintiffs Ruth Ruiz
and Dalia Herrera Irias

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| Ruth Ruiz; Dalia Herrera Irias, Plaintiffs, v. Oscar G. Garcia; et al. Defendants. | Case Number: 4:13-cv-02611-KAW <br><br> REQUEST FOR DISMISSAL OF UNITED STATES DEPARTMENT OF HOMELAND SECURITY, WITH PREJUDICE |
|---|---|

Plaintiffs request dismissal of the United States Department of Homeland Security from this action, WITH PREJUDICE.

Dated:  November 14, 2013          s/Andrew W. Shalaby
                                   Andrew W. Shalaby, Attorney for Plaintiffs

**ORDER**

UNITED STATES DEPARTMENT OF HOMELAND SECURITY is DISMISSED from this action, WITH PREJUDICE.

Dated: November 19, 2013

Hon. Kandis A. Westmore, United States Magistrate Judge