East Bay Law
Andrew W. Shalaby sbn 206841
7525 Leviston Avenue
El Cerrito, CA 94530-3306
Tel.   (510) 528-8500
Fax:   (510) 528-2412
email: andrew@eastbaylaw.com


Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| Ruth Ruiz, Dalia Herrera Irias, Plaintiff, v. Oscar G. Garcia, et al. Defendants. | No.  4:13-cv-02611- KAW<br><br>REQUEST FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE |
|---|---|

The case now having fully settled, Plaintiffs Ruth Ruiz and Dalia Herrera Irias hereby requests dismissal of the entire action with prejudice.

Dated:  January 10, 2014                         s/Andrew W. Shalaby
                                                 Andrew W. Shalaby, Attorney for
                                                 Plaintiff Joby McDonald

**ORDER**

The entire action is hereby dismissed with prejudice.

Dated: January ~~10~~ 14, 2014
                                                 *Kandis Westmore*
                                                 Magistrate Judge, U.S. District Court

Request for Dismissal                    1                    4:13-cv-02611- KAW